# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| **IN RE:** | Case No.: 07 B 71748 |
| Mark Thomas Matus | |
| Karen Lynn Matus | Chapter: 13 |
| Debtor(s) | Judge Manuel Barbosa |

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Lydia Meyer, Chapter 13 Trustee, P.O. Box 14127, Rockford, IL 61105-4127
Mark Thomas Matus, Karen Lynn Matus, Debtor(s), 269 Terry Court, Woodstock, IL 60098
Scott A. Bentley, Attorney for Debtor(s), 661 Ridgeview Drive, McHenry, IL 60050

You are hereby notified that HARRIS TRUST AND SAVINGS BANK has made post-petition advances of $650.00 in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.

You are hereby notified that debtor(s) is(are) due to HARRIS TRUST AND SAVINGS BANK for the contractual mortgage payment due 07/01/2008. On 1/13/2009 when the Trustee filed the Notice of Cure of All Prepetition Mortage Obligation the Debtor owed for the 07/01/2008 through 01/01/2009 post-petition mortgage payments, with the 02/01/2009 coming due plus $290.43 in late charges with $1,382.43 in suspense. The current mortgage payment amount due each month is $1,292.04 . As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement do not apply and any oustanding pre-petition amounts also remain due.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 04/12/2009, HARRIS TRUST AND SAVINGS BANK's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on March 13, 2009.

/s/ Jose Moreno
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-08-08599)**

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.